# Third District Court of Appeal

## State of Florida

Opinion filed August 27, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0301
Lower Tribunal No. 24-149741-CC-23
_____

**Leo C. Hollingsworth, et al.,**
Appellants,

vs.

**Ana M. Castellanos,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

Leo C. Hollingsworth and Barbara Valdes, in proper persons.

No appearance, for appellee.

Before SCALES, C.J., and FERNANDEZ, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.  Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").